ACCEPTED
02-17-00305-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 3:11 PM
DEBRA SPISAK
CLERK

**J. WARREN ST. JOHN**
ATTORNEY AND COUNSELOR AT LAW
2020 BURNETT PLAZA
801 CHERRY STREET UNIT NO. 5
FORT WORTH, TEXAS 76102-6883
(817) 336-1436
FAX (817) 336-1429
E-Mail: jwlawyer1896@yahoo.com
www.stjohndefense.com

KIMBERLY T. ST. JOHN
Office Manager

HOLLY M. FRANE
Legal Assistant

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

5/24/2018 3:11:48 PM

DEBRA SPISAK
Clerk

May 24, 2018

<u>Via First Class Mail</u>
Mr. Michael White
TDCJ No. 02158436
Larry Gist State Jail
3295 FM 3514
Beaumont, Texas 77705

Re:     *Michael White, Appellant v. The State of Texas*
Case No. NO. 02-17-00305-CR, 02-17-00306-CR and 02-17-00307-CR
(Trial Court No. 1464400D, 1470552D, and 1470991D)

Dear Mr. White:

As stated in my previously letter, I have completed my review of the record in your case and have concluded that you do not have any arguable grounds to advance your appeal.

As previously stated, I have filed an Anders Brief with the Court of Appeals and have filed a Motion to Withdraw as your attorney based on the Anders Case. Copies of same were previously provided to you.

Again, you may, if you wish, attempt to advance your appeal *Pro Se* to the Court of Appeals. The address to the Court of Appeals is as follows:

Ms. Debra Spisak, Clerk
Court of Appeals
Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap Street, Suite 9000
Fort Worth, Texas 76196

You have access to your record through the Criminal District Clerk's office. You may request your record by contacting the clerk's office at the following address:

*Attorney in Texas since 1896*

Page 2
May 24, 2018
*Michael White, Appellant v. The State of Texas*
Case No. 02-17-00305-CR, et al

Tarrant County District Clerk
213th Judicial District Court
Tim Curry Criminal Justice Center
401 W. Belknap Street
Fort Worth, Texas 76196

Further, enclosed please find a form for *Pro Se* Motion for you to obtain access to your record, if you wish to file a *Pro Se* Appellant's Brief. Please sign the form, fill in your address, and mail to the Second Court of Appeals at the address listed above. You have ten days from the date of this letter to mail the form to the Second Court of Appeals.

In the event the Court of Appeals affirms the conviction, you have the right to file a *Pro Se* Petition for Discretionary Review (PDR). You will have thirty (30) days from the date the court affirms the conviction to file a PDR, if you so desire. Simply put, a PDR is a Petition filed with the Texas Court of Criminal Appeals in Austin, Texas, which asks the Court to review the decision of the Second Court of Appeals. The address to file your PDR is as follows:

Ms. Deana Williamson, Clerk
Court of Criminal Appeals
P. O. Box 12308
Capitol Station
Austin, Texas 78711

Sincerely,

J. WARREN ST. JOHN

JWS:hmf
Enclosures

cc:     Court of Appeals
        Second District of Texas



**J. WARREN ST. JOHN**
ATTORNEY AND COUNSELOR AT LAW
2020 BURNETT PLAZA
801 CHERRY STREET UNIT NO. 5
FORT WORTH, TEXAS 76102-6883

Mr. Michael White
TDCJ No. 02158436
Larry Gist State Jail
3295 FM 3514
Beaumont, Texas 77705

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS
FORT WORTH, TEXAS

| | | |
|---|---|---|
| MICHAEL WHITE, | § | |
| | § | |
| Appellant | § | |
| | § | |
| VS. | § | NO. 02-17-00305-CR |
| | § | NO. 02-17-00306-CR |
| | § | NO. 02-17-00307-CR |
| THE STATE OF TEXAS, | § | |
| | § | |
| Appellee | § | |

## APPELLANT'S MOTION FOR PRO SE ACCESS
## TO THE APPELLATE RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

This Motion for Pro Se Access to the Appellate Record is brought by MICHAEL WHITE, the Appellant in the above-styled and numbered causes, and who hereby requests to have access to the Appellate Record.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests the Court grant this Motion and that Appellant be allowed access to the Appellate Record.

Respectfully submitted,

_____
MICHAEL WHITE, Pro Se
Address:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion was mailed to the office of Mr. Joseph Spence, Assistant District Attorney, Tim Curry Criminal Justice Center, 401 W. Belknap Street, Fort Worth, Texas 76196 on this _____ day of _____, 2018.

_____
MICHAEL WHITE, Pro Se

IN THE COURT OF APPEALS
FOR THE SECOND DISTRICT OF TEXAS
FORT WORTH, TEXAS

MICHAEL WHITE,

§
§
Appellant §
§

VS. §        NO. 02-17-00305-CR
§        NO. 02-17-00306-CR
§        NO. 02-17-00307-CR

THE STATE OF TEXAS,

§
§
Appellee §

## O R D E R

On this the _____ day of _____, 2018, came on to be heard

Appellant's Motion for Pro Se Access to the Appellate Record and the Court finds that said

Motion is hereby:

**(GRANTED)**                    **(DENIED)**

SIGNED this _____ day of _____, 2018.

_____
JUDGE PRESIDING